# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

THEODORE M. MCANLIS,

    Petitioner,

vs.                              Case No. 3:09cv149/MCR/EMT

SCOTT FISHER, WARDEN,

    Respondent.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated June 1, 2009. (Doc. 5). Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted. Although Petitioner correctly asserts that the magistrate judge incorrectly characterized his claim as a double jeopardy claim instead of an ex post facto claim, the error does not affect the correctness of the analysis or the result of the report and recommendation.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (doc. 1) is **DISMISSED WITH PREJUDICE** pursuant to Rule 4, Rules Governing Section 2254 Cases, and 28 U.S.C. § 2243.

**DONE AND ORDERED** this 17th day of August, 2009.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**